Eric W. Swanis, Esq.
Nevada Bar No. 6840
Jason R. Maier, Esq.
Nevada Bar No. 8557
**Greenberg Traurig, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
E-mail:    swanise@gtlaw.com
           maierj@gtlaw.com
*Attorneys for Receiver Robert McNamara*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| M.B. FINANCIAL BANK, an Illinois banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TAM DRIVE, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.    2:09-CV-01277-GMN-LRL<br><br>**ORDER GRANTING RECEIVER'S EMERGENCY MOTION FOR APPROVAL OF PURCHASE AND SALE AGREEMENT** |

This matter came before the Court pursuant to the Receiver's emergency motion for approval of purchase and sale agreement. The Court, having reviewed the pleadings and papers on file herein relative to said motion, including the Purchase and Sale Agreement and the Acknowledgement and Consent to Receivership Sale, and for good cause appearing,

The Court finds that the Receiver's motion is with merit and should be granted. The Court further finds as follows:

1.    On November 3, 2009, this Court appointed Robert McNamara (the "Receiver") as receiver for certain real and personal property located at 2216, 2220 and 2224 Tam Drive, Las Vegas, Nevada (the "Real Property Collateral"), which consists of a vacant residential apartment building [ECF No. 18].

2.    Pursuant to the order appointing receiver, "[t]he Receiver may pursue a private sale

1

1  of the Real Property Collateral or a portion thereof … by negotiating a sale of the Real Property
2  Collateral with a prospective purchaser. Any such proposed sale of the Real Property Collateral or
3  a portion thereof shall not be effective without written approval of the Plaintiff and the Court."
4  [ECF No. 18 at ¶ 16(b)].

5       3.  A purchase and sale agreement was executed by Success Development, Inc. (the
6  "Buyer"), and the Receiver on behalf of Defendant Tam Drive, LLC ("Defendant"), dated
7  September 28, 2010 (the "Purchase and Sale Agreement"). Plaintiff M.B. Financial Bank
8  ("Plaintiff") approved the Purchase and Sale Agreement in writing on September 28, 2010.

9       4.  Defendant has consented to the sale of the Real Property Collateral by way of the
10 Acknowledgement and Consent to Receivership Sale attached as Exhibit "2" to the Receiver's
11 motion. As set forth in the Acknowledgement and Consent to Receivership Sale, Defendant has
12 expressly waived any right to redeem the Real Property Collateral after the sale. Defendant
13 waived these rights in order to facilitate the sale of the Real Property Collateral. Because
14 Defendant has lawfully waived its right to redeem the Real Property Collateral, the Real Property
15 Collateral shall be sold without any right of redemption by Defendant.

16      5.  It is commercially reasonably and in the best interests of the Real Property
17 Collateral for the Court to approve the Purchase and Sale Agreement

18      6.  Therefore, the Court will grant the Receiver the authority to sell the Real Property
19 Collateral and order the same to be sold pursuant to the terms and conditions set forth in the
20 Purchase and Sale Agreement. The Court will further order that the Receiver execute, on behalf of
21 Defendant, any and all necessary documents related to the sale, including each of the form
22 documents attached to the Purchase and Sale Agreement.

23 Accordingly,

24 IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Receiver's emergency
25 motion for approval of purchase and sale agreement be, and the same is hereby, GRANTED;

26 IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Purchase and Sale
27 Agreement be, and the same is hereby, APPROVED by the Court;

28 IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Receiver shall sell the

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Real Property Collateral on the terms and conditions set forth in the Purchase and Sale Agreement, and that the Receiver shall execute any and all necessary documents related thereto, including each of the form documents attached to the Purchase and Sale Agreement; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that, pursuant to Defendant's Acknowledgement and Consent to Receivership Sale, the Real Property Collateral shall be sold to the Buyer on the terms and conditions set forth in the Purchase and Sale Agreement without any right of redemption by Defendant.

DATED this 12th day of October, 2010.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

  */s/ Jason R. Maier*_____
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Receiver Robert McNamara*

3