1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

M.B. FINANCIAL BANK, N.A., an Illinois
banking corporation,

               Plaintiff,

vs.

TAM DRIVE LLC, a Nevada limited liability
company,

               Defendant.

Case No.      2:09-CV-01277-GMN-LRL

**ORDER GRANTING RECEIVER'S
MOTION FOR APPROVAL OF FINAL
REPORT AND TO DISCHARGE AND
EXONERATE RECEIVER**

Presently before the Court is the Receiver's motion for approval of receiver's final report and to discharge and exonerate receiver [ECF No. 24]. The Court, having reviewed the pleadings and papers on file herein relative to said motion, having reviewed the Receiver's final report, having received no objection or opposition to either the motion or final report, and for good cause appearing,

The Court finds that the Receiver's motion is with merit and should be granted. The Court finds that because the buyer under the terms of the purchase and sale agreement now has title and possession of the Real Property Collateral, there are no longer any receivership assets for the Receiver to administer. Therefore, the Court will approve the Receiver's final report and terminate the receivership. The Court will immediately discharge the Receiver from his duties in this matter and exonerate him from any liability related thereto. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Receiver's motion for

1

**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1  approval of final report and to discharge and exonerate receiver be, and the same is hereby,

2  GRANTED;

3         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Receiver's final

4  report be, and the same is hereby, APPROVED by the Court; and

5         IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the receivership is hereby

6  terminated and that the Receiver is hereby discharged from his duties in this matter and exonerated

7  from any liability related thereto.

8         DATED this 3rd day of March, 2011.

9

10  _____

    Gloria M. Navarro
11  United States District Judge

12

13

14

15  Respectfully submitted,

16  **GREENBERG TRAURIG, LLP**

17

    _/s/ Jason R. Maier_____
18  ERIC W. SWANIS, ESQ.
    Nevada Bar No. 6840
19  JASON R. MAIER, ESQ.
    Nevada Bar No. 8557
20  3773 Howard Hughes Parkway
    Suite 400 North
21  Las Vegas, Nevada 89169
    *Attorneys for Receiver Robert McNamara*
22

23

24

25

26

27

28