DOMINICA C. ANDERSON (SBN 2988)
LUCAS M. GJOVIG (SBN 10053)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV  89106
Telephone: 702.868.2600
Facsimile:  702.385.6862
E-Mail:  dcanderson@duanemorris.com
           lmgjovig@duanemorris.com

Attorneys for Plaintiff NEW CENTURY BANK

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEW CENTURY BANK, an Illinois banking corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>TAM DRIVE, LLC, a Nevada limited liability company,<br><br>                    Defendants. | Case No.:  2:09-CV-1277-RCJ-LRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

COMES NOW Plaintiff, NEW CENTURY BANK, by and through its counsel of record and hereby voluntarily dismisses this matter against Defendant TAM DRIVE, LLC, from the above-captioned matter without prejudice, in its entirety, pursuant to Fed. R. Civ. P. 41(a).

DATED: April 27, 2011

                    DUANE MORRIS LLP


                    By:  */s/ Lucas M. Gjovig*
                         Dominica C. Anderson (SBN 2988)
                         Lucas M. Gjovig (SBN 10553)

                    Attorneys for Plaintiff NEW CENTURY BANK

**IT IS SO ORDERED** this 16th day of April, 2012.  The Clerk of the Court is directed to close this case.

_____
Gloria M. Navarro
United States District Judge